UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ZBOROWSKI, WESLEY § Case No. 10-25884
ZBOROWSKI, MAGDALENA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/24/2012 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § § § ZBOROWSKI, WESLEY § ZBOROWSKI, MAGDALENA § § Debtor(s) § | Case No. 10-25884 |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.46 |
| and approved disbursements of | $ | 51.61 |
| leaving a balance on hand of[1] | $ | 4,948.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,250.05 | $ 0.00 | $ 1,250.05 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,250.05 |
| Remaining Balance | | $ | 3,698.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,202.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,426.53 | $ 0.00 | $ 302.01 |
| 000002 | Discover Bank | $ 5,492.28 | $ 0.00 | $ 196.84 |
| 000003 | Am. Infosource as agent for Citibank | $ 1,642.62 | $ 0.00 | $ 58.87 |
| 000004 | Am. Infosource as Agent for Citibank | $ 6,772.40 | $ 0.00 | $ 242.72 |
| 000005 | Am. Infosource, as Agent forTarget | $ 71.87 | $ 0.00 | $ 2.58 |
| 000006 | Advanta Bank Corp. in receivership of | $ 8,727.32 | $ 0.00 | $ 312.79 |
| 000007 | Chase Bank USA, N.A. | $ 3,519.60 | $ 0.00 | $ 126.14 |
| 000008 | Chase Bank USA, N.A. | $ 10,343.39 | $ 0.00 | $ 370.71 |
| 000009 | Chase Bank USA, N.A. | $ 1,953.50 | $ 0.00 | $ 70.01 |
| 000010 | Chase Bank USA, N.A. | $ 10,033.43 | $ 0.00 | $ 359.60 |
| 000011 | Chase Bank USA, N.A. | $ 6,312.12 | $ 0.00 | $ 226.23 |
| 000012 | HSBC Bank Nevada,(Walter E. Smithe) | $ 1,404.01 | $ 0.00 | $ 50.32 |
| 000013 | HSBC Bank Nevada, N.A.(Menards) | $ 3,167.03 | $ 0.00 | $ 113.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Chase Bank USA,N.A. | $ 561.25 | $ 0.00 | $ 20.12 |
| 000015 | US Bank N.A. | $ 6,014.41 | $ 0.00 | $ 215.56 |
| 000016 | GE Money Bank | $ 862.20 | $ 0.00 | $ 30.90 |
| 000017 | American Express Centurion Bank | $ 6,992.30 | $ 0.00 | $ 250.60 |
| 000018 | Fia Card Services, NA/Bank of America | $ 4,103.90 | $ 0.00 | $ 147.08 |
| 000019 | Fia Card Services, NA/Bank of America | $ 16,802.58 | $ 0.00 | $ 602.21 |

Total to be paid to timely general unsecured creditors     $     3,698.80

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*

*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-25884-DRC
Wesley Zborowski                                                    Chapter 7
Magdalena Zborowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rmarola              Page 1 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db/jdb         Wesley Zborowski,    Magdalena Zborowski,    0 N 625 Gables Blvd,    Wheaton, IL  60187
15686206       Advanta Bank Corp,    in receivership of FDIC,    POB 3001,    Malvern PA 19355-0701
16338397       Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
15686207      +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16678065       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15686208      +Associates/Citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
                 Jacksonville, FL 32256-6851
15686210      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15686211      +Chase,   N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
16362122       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16523080      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas, TX 75374-0933
15686216      +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
                 Columbus, OH 43219-6009
15686217      +Citi,   Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15686218       Citi Cards,    PO Box 688901,   Des Moines, IA 50368-8901
15686219      +Citibank SD/Office Depot,    Attn: Centralized Bankruptcy,    P.O. Box 20507,
                 Kansas City, MO 64195-0507
15686220       Citibusiness Card,    PO Box 688901,    Des Moines, IA 50368-8901
15686223      +Fia Csna,    Attn: Bankruptcy,   Po Box 182686,    Columbus, OH 43218-2686
15686225      +Ford Motor Credit Corporation,    National Bankruptcy Center,    Po Box 6275,
                 Dearborn, MI 48121-6275
15686229      +HSBC,   Hsbc Retail Srvs/Attn: Bk Dept,    Pob 5263,    Carol Stream, IL 60197-5263
16453992      +HSBC Bank Nevada, N.A.,    (Walter E. Smithe),    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
16453995      +HSBC Bank Nevada, N.A.(Menards),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
15686228       Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
15686230      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,   Carol Stream, IL 60197-5263
15686232       Menards/HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
15686233      +Sears/Citibank SD,    Sears Bk Recovery,    Po Box 20363,    Kansas City, MO 64195-0363
16627207     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17542541       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 04:52:00
                 American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                 Oklahoma City, OK  73124-8840
16313148       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 05:12:51
                 American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                 Oklahoma City, OK  73124-8840
16313155       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 05:12:51
                 American Infosource Lp As Agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
15686209      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 04:52:00     Capital One, N.a.,
                 C/O American Infosource,    Po Box 54529,   Oklahoma City, OK 73154-1529
16312447       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 03:44:34     Discover Bank,
                 Dfs Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
15686221      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 03:44:34     Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16679217       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 03:42:01
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK  73124-8809
16678059       E-mail/PDF: rmscedi@recoverycorp.com Aug 02 2012 05:14:33     GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15686227      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 05:04:30     GE Moneybank/Banana Republic,
                 Attn: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
15686231      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 02 2012 02:57:21     Kohls/Chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15686212*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15686213*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15686214*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15686215*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15686222*     +Discover Financial,    Attention: Bankruptcy Department,    Po Box 3025,
                 New Albany, OH 43054-3025
15686224*     +Fia Csna,    Attn: Bankruptcy,   Po Box 182686,    Columbus, OH 43218-2686
15686226*     +Ford Motor Credit Corporation,    National Bankruptcy Center,    Po Box 6275,
                 Dearborn, MI 48121-6275
15686234*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank NA,    101 5th St E Ste A,    St Paul, MN 55101)
```

```
District/off: 0752-1          User: rmarola           Page 2 of 3            Date Rcvd: Aug 01, 2012
                              Form ID: pdf006         Total Noticed: 35

            ***** BYPASSED RECIPIENTS (continued) *****
15686235*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank NA,   Attn: Bankruptcy Dept,   Po Box 5229,
               Cincinnati, OH 45201)
                                                                              TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

Case 10-25884    Doc 43    Filed 08/01/12    Entered 08/03/12 23:53:22    Desc Imaged
                       Certificate of Notice    Page 8 of 8

```
District/off: 0752-1          User: rmarola              Page 3 of 3                  Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2012 at the address(es) listed below:

        David R Brown    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Jon N. Dowat    on behalf of Debtor Wesley Zborowski thinkingoutside@comcast.net, tobadmin@comcast.net
        Michael L Sherman    on behalf of Creditor  Ford Motor Credit Company LLC shermlaw1@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4