UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ZBOROWSKI, WESLEY<br>ZBOROWSKI, MAGDALENA<br><br>Debtor(s) | § <br> § <br> §    Case No. 10-25884 <br> § <br> § <br> § |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants: 3,698.80

Claims Discharged
Without Payment: 245,972.77

Total Expenses of Administration: 1,301.66

---

3) Total gross receipts of $ 5,000.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.46 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 296,172.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 1,301.66 | 1,301.66 | 1,301.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 146,468.83 | 103,202.74 | 103,202.74 | 3,698.80 |
| **TOTAL DISBURSEMENTS** | $ 442,640.83 | $ 104,504.40 | $ 104,504.40 | $ 5,000.46 |

4) This case was originally filed under chapter 7 on 06/08/2010. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2013          By:/s/DAVID R. BROWN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings account - Chase Bank | 1129-000 | 5,000.00 |
| POST-PETITION INTEREST DEPOSITS | 1270-000 | 0.46 |
| TOTAL GROSS RECEIPTS | | $ 5,000.46 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | | 256,569.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 6275 Dearborn, MI 48121 | | 21,797.00 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 6275 Dearborn, MI 48121 | | 17,806.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 296,172.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | 1,250.05 | 1,250.05 | 1,250.05 |
| UNION BANK | 2600-000 | NA | 12.29 | 12.29 | 12.29 |
| UNION BANK | 2600-000 | NA | 9.83 | 9.83 | 9.83 |
| UNION BANK | 2600-000 | NA | 9.83 | 9.83 | 9.83 |
| UNION BANK | 2600-000 | NA | 9.83 | 9.83 | 9.83 |
| UNION BANK | 2600-000 | NA | 9.83 | 9.83 | 9.83 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,301.66 | $ 1,301.66 | $ 1,301.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 844 Spring House, PA 19477 | | 8,438.00 | NA | NA | 0.00 |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | 6,856.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates/Citibank Attn: Centralized Bankruptcy 7255 Baymeadows Way Jacksonville, FL 32256 | | 2,970.00 | NA | NA | 0.00 |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | 2,309.00 | NA | NA | 0.00 |
| | Chase N54 W 13600 Woodale Dr Mennomonee, WI 53051 | | 6,807.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 10,033.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,708.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,312.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,463.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,914.00 | NA | NA | 0.00 |
| | Citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 10,984.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards PO Box 688901 Des Moines, IA 50368-8901 | | 1,897.42 | NA | NA | 0.00 |
| | Citibank SD/Office Depot Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | 1,681.00 | NA | NA | 0.00 |
| | Citibusiness Card PO Box 688901 Des Moines, IA 50368-8901 | | 13,986.72 | NA | NA | 0.00 |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 8,386.00 | NA | NA | 0.00 |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 5,492.00 | NA | NA | 0.00 |
| | Fia Csna Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 16,688.00 | NA | NA | 0.00 |
| | Fia Csna Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 4,103.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Moneybank/Banana Republic Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 829.00 | NA | NA | 0.00 |
| | HSBC Hsbc Retail Srvs/Attn: Bk Dept Pob 5263 Carol Stream, IL 60197 | | 1,404.00 | NA | NA | 0.00 |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | 1,557.41 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 2,923.00 | NA | NA | 0.00 |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 208.00 | NA | NA | 0.00 |
| | Menards/HSBC Retail Services PO Box 17602 Baltimore, MD 21297-1602 | | 3,132.28 | NA | NA | 0.00 |
| | Sears/Citibank SD Sears Bk Recovery Po Box 20363 Kansas City, MO 64195 | | 6,772.00 | NA | NA | 0.00 |
| | US Bank NA 101 5th St E Ste A St Paul, MN 55101 | | 7,483.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank NA Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | 3,132.00 | NA | NA | 0.00 |
| 000016 | GE MONEY BANK | 7100-000 | NA | 862.20 | 862.20 | 30.90 |
| 000013 | HSBC BANK NEVADA, N.A.(MENARDS) | 7100-000 | NA | 3,167.03 | 3,167.03 | 113.51 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | NA | 71.87 | 71.87 | 2.58 |
| 000006 | ADVANTA BANK CORP. IN RECEIVERSHIP | 7100-900 | NA | 8,727.32 | 8,727.32 | 312.79 |
| 000017 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | NA | 6,992.30 | 6,992.30 | 250.60 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 1,642.62 | 1,642.62 | 58.87 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 6,772.40 | 6,772.40 | 242.72 |
| 000007 | CHASE BANK USA, N.A. | 7100-900 | NA | 3,519.60 | 3,519.60 | 126.14 |
| 000008 | CHASE BANK USA, N.A. | 7100-900 | NA | 10,343.39 | 10,343.39 | 370.71 |
| 000009 | CHASE BANK USA, N.A. | 7100-900 | NA | 1,953.50 | 1,953.50 | 70.01 |
| 000010 | CHASE BANK USA, N.A. | 7100-900 | NA | 10,033.43 | 10,033.43 | 359.60 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CHASE BANK USA, N.A. | 7100-900 | NA | 6,312.12 | 6,312.12 | 226.23 |
| 000014 | CHASE BANK USA,N.A. | 7100-900 | NA | 561.25 | 561.25 | 20.12 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 8,426.53 | 8,426.53 | 302.01 |
| 000002 | DISCOVER BANK | 7100-900 | NA | 5,492.28 | 5,492.28 | 196.84 |
| 000018 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-900 | NA | 4,103.90 | 4,103.90 | 147.08 |
| 000019 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-900 | NA | 16,802.58 | 16,802.58 | 602.21 |
| 000012 | HSBC BANK NEVADA, N.A. | 7100-900 | NA | 1,404.01 | 1,404.01 | 50.32 |
| 000015 | US BANK N.A. | 7100-900 | NA | 6,014.41 | 6,014.41 | 215.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 146,468.83 | $ 103,202.74 | $ 103,202.74 | $ 3,698.80 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 10-25884  DRC  Judge: DONALD R CASSLING | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | ZBOROWSKI, WESLEY | Date Filed (f) or Converted (c): | 06/08/10 (f) |
|  | ZBOROWSKI, MAGDALENA | 341(a) Meeting Date: | 08/17/10 |
| For Period Ending: 06/29/12 |  | Claims Bar Date: | 01/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - 0 N 625 Gables Blvd., Wheaton | 252,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account - Chase Bank | 150.00 | 150.00 | DA | 0.00 | FA |
| 3. Savings account - Chase Bank | 10,150.00 | 10,150.00 |  | 5,000.00 | FA |
| 4. Furniture - couch, tables, chairs, beds, appliance | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 5. Work clothes and children's clothing | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 6. Motorcycle - 2006 Suzuki DMR 400 | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 7. 2006 Mustange GT - 40,000 miles | 20,435.00 | 20,435.00 | DA | 0.00 | FA |
| 8. 2008 Ford Edge - 35,000 miles | 21,815.00 | 21,815.00 | DA | 0.00 | FA |
| 9. 1992 Celebrity Speed Boat 22 ft. | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 10. Upholstery Tools | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A |  | 0.46 | Unknown |

TOTALS (Excluding Unknown Values)      $317,050.00      $64,550.00          $5,000.46      $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FR in preparation

Initial Projected Date of Final Report (TFR): 06/15/11      Current Projected Date of Final Report (TFR): 06/15/11

LFORM1

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 10-25884 -DRC | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | ZBOROWSKI, WESLEY | Bank Name: | Union Bank |
| | ZBOROWSKI, MAGDALENA | Account Number / CD #: | *******1408 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9124 | | |
| For Period Ending: | 06/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/10 | 3 | Wesley and Magdalena Zborowski<br>0N625 Gables Blvd.<br>Wheaton, IL 60187 | | 1129-000 | 4,000.00 | | 4,000.00 |
| 10/29/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.09 | | 4,000.09 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.16 | | 4,000.25 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.16 | | 4,000.41 |
| 01/03/11 | 3 | Wesley and Magdalena Zborowski<br>0N625 Gables Blvd<br>Wheaton, IL | | 1129-000 | 1,000.00 | | 5,000.41 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | 0.05 | | 5,000.46 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 12.29 | 4,988.17 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 9.83 | 4,978.34 |
| 12/20/11 | | Union Bank | Bank Charges | 2600-000 | | 9.83 | 4,968.51 |
| 01/17/12 | | Union Bank | Bank Charges | 2600-000 | | 9.83 | 4,958.68 |
| 01/25/12 | | Union Bank | Bank Charges | 2600-000 | | 9.83 | 4,948.85 |
| 02/03/12 | | Transfer to Acct #*******3465 | Bank Funds Transfer | 9999-000 | | 4,948.85 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 5,000.46 | 5,000.46 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 4,948.85 | |
| Subtotal | | 5,000.46 | 51.61 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 5,000.46 | 51.61 | |

Page Subtotals    5,000.46    5,000.46

LFORM24

Ver: 16.06b

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-25884 -DRC | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | ZBOROWSKI, WESLEY | Bank Name: | Congressional Bank |
| | ZBOROWSKI, MAGDALENA | Account Number / CD #: | *******3465 Checking Account |
| Taxpayer ID No: | *******9124 | | |
| For Period Ending: | 06/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | | Transfer from Acct #*******1408 | Bank Funds Transfer | 9999-000 | 4,948.85 | | 4,948.85 |

```
                                  COLUMN TOTALS           4,948.85      0.00       4,948.85
                         Less: Bank Transfers/CD's        4,948.85      0.00
                                       Subtotal               0.00      0.00
                         Less: Payments to Debtors                      0.00
                                            Net               0.00      0.00

                                                                        NET         ACCOUNT
                         TOTAL - ALL ACCOUNTS         NET DEPOSITS   DISBURSEMENTS   BALANCE
   Money Market Account (Interest Earn - *******1408)     5,000.46     51.61          0.00
                      Checking Account - *******3465          0.00      0.00       4,948.85

                                                          5,000.46     51.61        4,948.85

                                                      (Excludes Account  (Excludes Payments  Total Funds
                                                         Transfers)        To Debtors)        On Hand
```

Page Subtotals    4,948.85    0.00

LFORM24

Ver: 16.06b